1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TEMUJIN BUSTOS,                          Case No.  1:20-cv-00066-DAD-BAM

12            Plaintiff,                       **ORDER RE STIPULATION TO
                                               CONTINUE SCHEDULING**
13       v.                                    **CONFERENCE**

14   CITY OF FRESNO, et al.,                   (Doc. No. 15)

15            Defendants.

16

17        Pursuant to the parties' stipulation, and good cause appearing based on the pending

18   motion to dismiss, the Scheduling Conference currently set for April 28, 2020, is HEREBY

19   CONTINUED to **June 10, 2020, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge**

20   **Barbara A. McAuliffe**.  A Joint Scheduling Report shall be filed at least one (1) week prior to

21   the Scheduling Conference.  The parties are encouraged to appear at the conference by telephone

22   with each party using the following dial-in number and access code:  **dial-in number 1-877-411-**

23   **9748; access code 3219139**.
     IT IS SO ORDERED.
24

25      Dated:   **April 22, 2020**            _/s/ Barbara A. McAuliffe_

26                                             UNITED STATES MAGISTRATE JUDGE

27

28
                                              1