UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN BUSTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, a Public Entity; CHIEF OD POLICE JERRY P. DYER, individually and in his capacity as Chief of the Fresno Police Department; ANDREW HALL, individually and in his capacity as Chief of Fresno Police Department; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.  1:20-cv-00066-DAD-BAM<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>(Doc. No. 29) |

      The Court adopts the stipulated protective order submitted by the parties on March 26, 2021. (Doc. No. 29.)  The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents subject to this protective order to be filed under seal must be accompanied by a written request which complies with Local Rule 141 prior to sealing. The party making a request to file documents under seal shall be required to show good cause for documents attached to a non-dispositive motion or compelling reasons for documents attached to a dispositive motion. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2009).  Within five (5) days of any approved document filed under seal, the party

1

shall file a redacted copy of the sealed document. The redactions shall be narrowly tailored to protect only the information that is confidential or was deemed confidential.

Additionally, the parties shall consider resolving any dispute arising under this protective order according to the Court's informal discovery dispute procedures.

IT IS SO ORDERED.

Dated: __**March 31, 2021**__                    /s/ *Barbara A. McAuliffe*  
                                                                    UNITED STATES MAGISTRATE JUDGE