Douglas T. Sloan, City Attorney (State Bar #194996)
Tina Griffin, Chief Assistant City Attorney (State Bar #210328)
**CITY OF FRESNO**
2600 Fresno Street, Room 2031
Fresno, California 93721-3602

**BETTS & RUBIN, A Professional Corporation**
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:   (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)
Attorneys for Defendant CITY OF FRESNO, JERRY DYER, ANDREW HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN BUSTOS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF FRESNO, a Public Entity; CHIEF OF POLICE JERRY P. DYER, individually and in his capacity as Chief of the Fresno Police Department; CHIEF OF POLICE ANDREW HALL, individually and in his capacity as Chief of the Fresno Police Department; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 1:20-cv-00066-DAD-BAM <br><br> STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. This litigation involves an employment discrimination/civil rights action against the City of Fresno and two former Police Chiefs based upon multiple promotional opportunities.

2. The Scheduling Conference Order in this matter was filed on September 22, 2020 (Document No. 26). No trial date is set.

3. The parties have undertaken preliminary written discovery and have produced over 6,000 pages of documents. They are currently working through privilege issues.

4. The pandemic has significantly delayed depositions in this matter. All parties have put off depositions with the belief that the depositions will be more beneficial in this type of litigation if they are in person. The City still has significant restrictions on employees and its outside counsel.

5. All parties believe that a 120-day extension on the remaining deadlines in the Scheduling Conference Order would greatly assist the parties in completing discovery, retaining experts, having further settlement discussions and preparing for trial. Thus, the parties propose the following dates:

|  | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosure: | 9/20/2021 | 01/18/2022 |
| Supplemental Expert Disclosure: | 10/12/2021 | 02/09/2022 |
| Non-Expert Discovery Cutoff: | 09/02/2021 | 12/31/2021 |
| Expert Discovery Cutoff: | 11/12/2021 | 03/12/2022 |
| Pretrial Motion Filing Deadline: | 11/30/2021 | 03/30/2022 |
| Pretrial Conference: | 04/04/2022 | 08/02/2022 |

6. Thus, it is respectfully requested that the Scheduling Conference Order be modified by 120-days.

Dated: June 21, 2021                    BETTS & RUBIN

By   /s/ Joseph D. Rubin
     Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO,
JERRY DYER, ANDREW HALL

Dated: June 21, 2021                    CASTILLO HARPER, APC

                                        By   /s/ Joseph N. Bolander
                                              Joseph N. Bolander
                                        Attorneys for Plaintiff Temujin Bustos

## **ORDER**

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Scheduling Order will be modified in the following manner:

| | |
|---|---|
| Expert Disclosure: | 01/18/2022 |
| Supplemental Expert Disclosure: | 02/09/2022 |
| Non-Expert Discovery Cutoff: | 12/31/2021 |
| Expert Discovery Cutoff: | 03/12/2022 |
| Pretrial Motion Filing Deadline: | 03/30/2022 |

Additionally, the Pretrial Conference will be modified as follows:

Pretrial Conference: **August 1, 2022 at 1:30pm in Courtroom 5** before the Honorable Dale A. Drozd, United States District Judge.

IT IS SO ORDERED.

Dated:  **June 21, 2021**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE