1  Douglas T. Sloan, City Attorney (State Bar #194996)
2  Tina Griffin, Chief Assistant City Attorney (State Bar #210328)
   **CITY OF FRESNO**
3  2600 Fresno Street, Room 2031
   Fresno, California 93721-3602

4  **BETTS & RUBIN, A Professional Corporation**
5  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
6  Telephone: (559) 438-8500
   Facsimile:   (559) 438-6959
7  James B. Betts (State Bar #110222)
   Joseph D. Rubin (State Bar #149920)

8  Attorneys for Defendant CITY OF FRESNO, JERRY DYER, ANDREW HALL

9

10                             UNITED STATES DISTRICT COURT

11                             EASTERN DISTRICT OF CALIFORNIA

12  | | |
    |---|---|
    | TEMUJIN BUSTOS, ) | Case No. 1:20-cv-00066-DAD-BAM |
    | Plaintiff, ) | |
    | ) | STIPULATION TO AMEND |
    | vs. ) | SCHEDULING CONFERENCE ORDER; |
    | ) | AND ORDER THEREON |
    | CITY OF FRESNO, a Public Entity; CHIEF ) OF POLICE JERRY P. DYER, individually ) and in his capacity as Chief of the Fresno ) Police Department; CHIEF OF POLICE ) ANDREW HALL, individually and in his ) capacity as Chief of the Fresno Police ) Department; and DOES 1 to 10, inclusive, ) ) | |
    | Defendants. ) | |

21      IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

22  through their respective counsel of record, as follows:

23      1.     This litigation involves an employment discrimination/civil rights action

24  Against the City of Fresno and two former Police Chiefs based upon multiple

25  promotional opportunities.

26

27

28                                                         Stipulation to Amend Scheduling Order

2.  The Scheduling Conference Order in this matter was filed on September 22, 2020 (Document No. 26).   An Amended Scheduling Order was filed on June 21, 2021.   (Document No. 32).   No trial date is set.

3.   Counsel for Plaintiff recently left the law firm; thus new counsel is trying to get up to speed regarding this lawsuit;

4.  Recently, Plaintiff filed a stress claim and currently is on medical leave. This has delayed his ability to make himself available for deposition;

5.  The facts outlined in the preceding paragraphs have made it difficult to Continue meet and confer efforts regarding medical and psychiatric records that were previously subpoenaed and sought by way of inspection demands;

6.  The parties have undertaken preliminary written discovery and have Produced over 6,000 pages of documents.   They are currently working through privilege issues.

7.  The pandemic has significantly delayed depositions in this matter.   All Parties have put off depositions with the belief that the depositions will be more beneficial in this type of litigation if they are in person.   The City still has significant restrictions on employees and its outside counsel.

8.  All parties believe that a 120-day extension on the remaining deadlines in The Scheduling Conference Order would greatly assist the parties in completing discovery, retaining experts, having further settlement discussions and preparing for trial.   Thus, the parties propose the following dates:

|  | Current Date | New Date |
|---|---|---|
| Expert Disclosure: | 01/18/2022 | 05/18/2022 |
| Supplemental Expert Disclosure: | 02/09/2022 | 06/09/2022 |
| Non-Expert Discovery Cutoff: | 12/31/2021 | 04/29/2022 |
| Expert Discovery Cutoff: | 03/12/2022 | 07/08/2022 |
| Pretrial Motion Filing Deadline: | 03/30/2022 | 07/28/2022 |
| Pretrial Conference: | 08/02/2022 | 11/30/2022 |

9.   Thus, it is respectfully requested that the Scheduling Conference Order be modified by 120-days.

Dated: November 2, 2021        BETTS & RUBIN

By   /s/ Joseph D. Rubin
        Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ANDREW HALL

Dated: November 2, 2021        CASTILLO HARPER, APC

By   /s/ Brandi L. Harper
        Brandi L. Harper
Attorneys for Plaintiff Temujin Bustos

O R D E R

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified in the following manner:

   | | |
   |---|---|
   | Expert Disclosure: | 05/18/2022 |
   | Supplemental Expert Disclosure: | 06/09/2022 |
   | Non-Expert Discovery Cutoff: | 04/29/2022 |
   | Expert Discovery Cutoff: | 07/08/2022 |
   | Pretrial Motion Filing Deadline: | 07/28/2022 |

2. The Pretrial Conference will be modified as follows:

Pretrial Conference: **November 28, 2022 at 1:30 p.m. in Courtroom 5 (DAD)** before District Judge Dale. A. Drozd.

IT IS SO ORDERED.

Dated: __**November 2, 2021**__           /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE