Douglas T. Sloan, City Attorney (State Bar #194996)
Tina Griffin, Chief Assistant City Attorney (State Bar #210328)
**CITY OF FRESNO**
2600 Fresno Street, Room 2031
Fresno, California 93721-3602

**BETTS & RUBIN, A Professional Corporation**
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:   (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO, JERRY DYER, ANDREW HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN BUSTOS,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF FRESNO, a Public Entity; CHIEF OF POLICE JERRY P. DYER, individually and in his capacity as Chief of the Fresno Police Department; CHIEF OF POLICE ANDREW HALL, individually and in his capacity as Chief of the Fresno Police Department; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No. 1:20-cv-00066-DAD-BAM<br><br>STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1.     This litigation involves an employment discrimination/civil rights action Against the City of Fresno and two former Police Chiefs based upon multiple promotional opportunities.

2. The Scheduling Conference Order in this matter was filed on September 22, 2020 (Document No. 26). Amended Scheduling Orders were filed on June 21, 2021 (Document No. 32) and on November 2, 2021 (Document No. 35). No trial date is set.

3. Counsel for Plaintiff left the law firm, and new counsel is still trying to get up to speed regarding this lawsuit;

4. Several months ago, Plaintiff filed a stress claim and is still on medical leave. This has delayed Plaintiff=s ability to make himself available for deposition. Moreover, the worker=s compensation proceeding will likely impact the civil lawsuit, particularly as to damages;

5. The facts outlined in the preceding paragraphs have made it difficult to continue meet and confer efforts regarding medical and psychiatric records that were previously subpoenaed and sought by way of inspection demands;

6. The parties have undertaken preliminary written discovery and have produced over 6,000 pages of documents. They are still working through privilege issues.

7. The pandemic has significantly delayed depositions in this matter. All parties have put off depositions with the belief that the depositions will be more beneficial in this type of litigation if they are in person. In addition, since opposing counsel is located out of the area, we are attempting to schedule the depositions to allow for one trip.

8. All parties believe that a 120-day extension on the remaining deadlines in the Scheduling Conference Order would greatly assist the parties in completing discovery, retaining experts, having further settlement discussions and preparing for trial. Thus, the parties propose the following dates:

|  | Current Date | New Date |
|---|---|---|
| Expert Disclosure: | 05/18/2022 | 09/15/2022 |
| Supplemental Expert Disclosure: | 06/09/2022 | 10/07/2022 |
| Non-Expert Discovery Cutoff: | 04/29/2022 | 08/26/2022 |
| Expert Discovery Cutoff: | 07/08/2022 | 11/04/2022 |
| Pretrial Motion Filing Deadline: | 07/28/2022 | 11/25/2022 |
| Pretrial Conference: | 11/28/2022 | 03/27/2023 |

9. Thus, it is respectfully requested that the Scheduling Conference Order be modified by 120-days.

Dated: February 25, 2022      BETTS & RUBIN

By  /s/ Joseph D. Rubin
      Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ANDREW HALL

Dated: February 25, 2022      CASTILLO HARPER, APC

By  /s/ Brandi L. Harper
      Brandi L. Harper
Attorneys for Plaintiff Temujin Bustos

**ORDER**

Based on the parties' Stipulation, and good cause appearing IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified in the following manner:

   | | |
   |---|---|
   | Expert Disclosure: | 09/15/2022 |
   | Supplemental Expert Disclosure: | 10/07/2022 |
   | Non-Expert Discovery Cutoff: | 08/26/2022 |
   | Expert Discovery Cutoff: | 11/04/2022 |
   | Pretrial Motion Filing Deadline: | 11/25/2022 |
   | Pretrial Conference: | 03/27/2023 |

If the parties believe that a settlement conference will be beneficial at this juncture, they may request one by contacting Esther Valdez at evaldez@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **March 1, 2022**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE