Brandi L. Harper, SBN 264672
Brandi@CastilloHarper.com
**CASTILLO HARPER, APC**
6848 Magnolia Ave., Ste 100
Riverside, CA 92506
Ph: (909) 466-5600
Fax: (909) 466-5610

*Attorneys for Plaintiff*
TEMUJIN BUSTOS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN BUSTOS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, a Public Entity; CHIEF OF POLICE JERRY P. DYER, individually and in his capacity as Chief of the Fresno Police Department; CHIEF OF POLICE ANDREW HALL, individually and in his capacity as Chief of the Fresno Police Department; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 1:20-cv-00066 DAD (BAM)<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1

1. This litigation involves employment discrimination/civil rights action against the city of Fresno and two former police chiefs based upon multiple promotional opportunities.

2. This scheduling conference order in this matter was filed on September 22nd 2020 (document #26) Amended scheduling orders were filed on June 21st, 2021 (document #32) and on November 2nd, 2021 (document #35). A stipulation and order was filed on March 1st 2022 modifying the scheduling order 120-days. (Document #37). No trial date is set at this time.

3. The parties have exchanged significant written discovery consisting of over 6,000 pages of documents and completed all but two depositions in this matter.

4. The parties stipulated to take the final two depositions in this matter beyond the discovery cutoff date due to scheduling issues with the belief that this would allow the parties to complete the needed discovery and not require a modification of the scheduling order. The final two depositions are those of former Police Chief and current Mayor Jerry Dyer and former Police Chief Andrew Hall. The depositions were scheduled for October 10th and 11th respectively.

5. On October 7th, 2022, counsel for Mr. Dyer was informed and relayed to Plaintiff's counsel that Mr. Dyer has tested positive for COVID and would not be available for his scheduled deposition on October 10th, 2022.

6. On the evening of October 10, 2022, defense counsel was informed that Mr. Hall was ordered to appear for jury duty on October 11, 2022. Counsel attempted to move forward with the deposition by delaying the start time. However, Mr. Hall was not able to be released from jury duty and thus his deposition also needs to be rescheduled.

7. Due to both counsel's trial schedules, counsel and parties' prepaid vacations, and witness availability, the depositions cannot be completed until late November or early December.

8. As such, the parties believe that a 75-day extension on the remaining deadlines, which only consists of the pretrial motion filing deadline and pretrial conference is necessary in order to allow the parties to complete the remaining depositions as well as meet and confer prior to the filing of any dispositive motions in order to possibly narrow the issues prior to the filing of dispositive motions and/or trial. Thus, the parties propose the following dates:

|  | Current Date: | Proposed Date: |
|---|---|---|
| Pretrial Motion Deadline: | 11/25/2022 | 02/08/2023 |
| Pretrial Conference: | 03/27/2023 | 06/07/2023 |

9. Thus it is respectfully requested that the scheduling conference order be modified 75 days.

Dated: October 12, 2022                CASTILLO HARPER, APC

                                       s/Brandi L. Harper
                                       Brandi L. Harper
                                       *Attorneys for PLAINTIFF*
                                       TEMUJIN BUSTOS

Dated: October 12, 2022                WHITNEY THOMPSON & JEFFCOACH

                                       s/Joseph D. Rubin
                                       Joseph D. Rubin
                                       *Attorneys for Defendants*
                                       CITY OF FRESNO, JERRY DYER,
                                       ANDREW HALL

3
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER;
AND ORDER THEREON

115.76 05770628.000

O R D E R

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified in the following manner:

    Pretrial Motion Filing Deadline:    02/08/2023
    Pretrial Conference:                **06/12/2023, at 1:30 PM Courtroom 1 (ADA)**

IT IS SO ORDERED.

Dated:   **October 12, 2022**             /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER THEREON

115.76 05770628.000