1  Whitney, Thompson & Jeffcoach LLP
   Joseph D Rubin, #149920
2  James B Betts, #110222
   Mandy L. Jeffcoach, #232313
3  970 W. Alluvial Ave.
   Fresno, California 93711
4  Telephone:    (559) 753-2550
   Facsimile:    (559) 753-2560
5
   Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ANDREW HALL
6

7

8                     UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | TEMUJIN BUSTOS, | Case No. 1:20-CV-00066 |
|---|---|---|
| 12 | Plaintiff, | STIPULATION TO AMEND SCHEDULING ORDER; AND ORDER THEREON |
| 13 | v. | |
| 14 | CITY OF FRESNO, a Public Entity; CHIEF OF POLICY JERRY P. DYER, individually and in his capacity as Chief of the Fresno Police Department; CHIEF OF POLICE ANDREW HALL, individually and in his capacity as Chief of the Fresno Police Department; and DOES 1 to 10, inclusive, | |
| 18 | Defendants. | |

115.76 05827007.000

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their
2 respective counsel of record, as follows:
3  1. On October 15, 2022, the Court issued an Amended Scheduling Order, which set
4 the dispositive motion deadline for February 8, 2023.  (Document No. 42).
5  2. As part of the meet and confer process, the parties reached agreement on several
6 issues, which led to a stipulated dismissal.  (Document 43).
7  3. In reviewing the Stipulation, the Court issued a Minute Order allowing for an
8 amended complaint to be filed by February 10, 2023.
9  4. The City Defendants do not wish to file a dispositive motion to a complaint that
10 will no longer be operative.
11  5. Thus, the parties request that the Amended Scheduling Order be modified so that
12 the dispositive motion deadline will be continued to March 3, 2023.
13
14 Respectfully requested,

15 Dated: January 31, 2023                    BETTS & RUBIN

                                             By  /s/ Joseph D. Rubin
17                                                  Joseph D. Rubin
                                             Attorneys for Defendants CITY OF FRESNO,
18                                           JERRY DYER, ANDREW HALL

19
20 Dated: January 31, 2023                    CASTILLO HARPER, APC

21
                                             By  /s/ Brandi Harper
22                                                  Brandi Harper
                                             Attorneys for Plaintiff Temujin Bustos

**ORDER**

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Scheduling Order will be modified in the following manner:

   Pretrial Motion Filing Deadline:   March 3, 2023.

IT IS SO ORDERED.

Dated:   **January 31, 2023**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE