UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN BUSTOS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendant. | Case No.  1:20-cv-00066-KES-FJS<br><br>ORDER RE: NOTICE OF WITHDRAWAL AS ATTORNEY<br><br>(ECF No. 62) |

In view of the notice of withdrawal as counsel (ECF No. 62) for Defendants Jerry Dyer, the City of Fresno, and Andrew Hall (collectively "Defendants"), the Clerk of Court is hereby DIRECTED to terminate Joseph D. Rubin as an attorney of record for Defendants.  Defendants will continue to be represented in this matter by the remaining attorneys of record.  *See* L.R. 182(b).

IT IS SO ORDERED.

Dated:   **July 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE